# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HOWARD L. THOMPSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0690

[November 9, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence M. Mirman, Judge; L.T. Case No. 562020CF001983AXXXMB.

Howard L. Thompson, Bristol, pro se.

Ashley Moody, Attorney General, Tallahassee, Rachael Paula Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***